B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): ~~Michelle Renee Trull~~ Trull, Michelle, Renee | Name of Joint Debtor (Spouse) (Last, First, Middle): n/a |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): n/a | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): n/a |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 3046 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): n/a |
| Street Address of Debtor (No. and Street, City, and State): 1629 Ingrid Lane, Chicago Heights, IL    ZIP CODE 60411 | Street Address of Joint Debtor (No. and Street, City, and State): n/a    ZIP CODE n/a |
| County of Residence or of the Principal Place of Business: cook | County of Residence or of the Principal Place of Business: n/a |
| Mailing Address of Debtor (if different from street address): n/a    ZIP CODE | Mailing Address of Joint Debtor (if different from street address): n/a    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): n/a    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 18 2013
KENNETH S. GARDNER, CLERK
PB RFP - NB

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Michelle Renee Trull |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: NA | Date Filed: na |
|---|---|---|
| Location Where Filed: | Case Number: na | Date Filed: na |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: na | Case Number: na | Date Filed: na |
|---|---|---|
| District: | Relationship: na | Judge: na |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Michelle Renee Trull |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Michelle Trull*<br>Signature of Debtor<br><br>X<br>Signature of Joint Debtor<br>708-743-6188<br>Telephone Number (if not represented by attorney)<br>7/18/13<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X<br>(Signature of Foreign Representative)<br><br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X<br>Signature of Attorney for Debtor(s)<br><br>Printed Name of Attorney for Debtor(s)<br><br>Firm Name<br><br>Address<br><br>Telephone Number<br><br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | Address<br><br>X<br>Signature<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re **Michelle Trull**     Case No. **7**
       Debtor                                              (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ____[signature]____

Date: __7/18/13__

B6I (Official Form 6I) (12/07)

In re __Michelle Trull_____ ,  Case No. _____
        **Debtor**                                               (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| **Employment:** | DEBTOR | SPOUSE |
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2836 | $ |
| 2. Estimate monthly overtime | $ 400 | $ |
| 3. SUBTOTAL | $ 3236 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 120.00 | $ |
|    b. Insurance | $ 62.00 | $ |
|    c. Union dues | $ 90.00 | $ |
|    d. Other (Specify): garnishent | $ 706.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 978.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2258.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ na | $ |
| 8. Income from real property | $ na | $ |
| 9. Interest and dividends | $ na | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ na | $ |
| 11. Social security or government assistance (Specify):_____ | $ na | $ |
| 12. Pension or retirement income | $ na | $ |
| 13. Other monthly income (Specify):_____ | $ na | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2258.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2258.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

CHARLES DURHAM
1625 INGRID LANE
CHICAGO HEIGHTS, IL 60411

FRANKLIN FINANCIAL CORP
6001 WEST CAPITOL DR 2 FLR #205
MILWAUKEE WI 53216

OMNI CREDIT SERVICES INC/WE ENERGIES
333 BISHOP WAY 100
BROOKFIELD. WI 53005


ANTON CIZEL
2822 W. CLYBOURN ST
MILWAUKEE, WI 53208

NELNET/ DEPT OF ED.
121 s. 13TH ST.
LINCOLN, NE 68508-1904

SALLIE MAE
P.O BOX 9500
WILKES BARRE, PA 18773-9500

SUN TRUST SERVICED BY VELA
1001 SEMMES AVE
PO BOX 27172
RICHMOND,VA 23261-7172

CITIBANK NA STUDENT LOAN
PO BOX 22876
ROCHESTER, NY 14692-2876

HSBC TAXPAYER FINANC/ TAXMASTERS
PO BOX 12933
SHAWNEE MISSIONS, KS 66282-2933

KAHUNA PAYMENT SOLUTIONS
807 ARCADIA DR.
BLOOMINGTON, IL 61704-6119

DIRECT LOANS/ DEPT OF ED
PO BOX 7202
UTICA, NY 13504-7207

CECRB/CARECREDIT
POBOX 965036
ORLANDO FL. 32896-5036

ROGERS AND HOLLANDS JEWELERS
20821 S. CICERO AVE
MATTESON,IL 60443-1201

ANDERSON FIN NETWORK/ BLOOM
404 BROCK DR
PO BOX 3097
BLOOMINGTON, IL 61702-3097

DISH NETWORK
9601 S MERIDAN BLVD
BLDG 1 FLR3 CMO
ENGLEWOOD, CO 80112-5905

GEMB
PO BOX 981440
EL PASO, TX 799981440


VERIZON WIRELESS-KM
1515 WOODFIELD RD.
ST 1400
SCHAUMBURG, IL 60173

WEBBANK/BML
9690 DEERECO RD
TIMONIUM, MD 21093-6991

WILLIAMS & FUDGE INC
PO BOX 266
RACK HILL, SC 29731-6266

CACH, LLC/ GE MONEY RETAIL BANK
4340 S. MANACO ST.
DENVER, CO 80237-3485

CONTRACT CALLER/ COMED
1058 CLAUSSEN RD. ST 110
AUGUSTA, GA 30907-0301

NORTHEAST CREDIT & COLLECT/ EMP OF COOK COUNTY
PO BOX 3356
SCRANTON, PA 18505-0358

HAVARD COLLECTION AGENCY/IL DEPT OF HUMAN SERVICES
ATTN: BETTY
4839 N. ELSTON AVE
CHICAGO IL 60630-2534

CREDIT BUREAU HUTCHINSON/ TCF NATIONAL BANK
149 THOMPSON AVE E STE 212
WEST ST. PAUL, MN 55118-3263

ENHANCED RECOVERY CORP/ COMCAST CABLE COMM.
8014 BAYBERRY RD.
JACKSONVILLE, FL 32256-7412

USR GROUP/ US BANK
33 WALT WHITMAN RD STE 208
HUNTINGTON STATION, NY 11746-4281

I.C. SYSTEMS INC/ AT T MIDWEST
444 HIGHWAY 96 E
ST. PAUL , MN 55127-2557

CREDIT MANAGENT/ WOW HARVEY
17070 DALLAS PKWY
DALLAS, TX 75248-1950

DEBY CREDIT SERVICE/ WE ENENERGIES
2493 ROMIG RD
AKRON, OH 443204-4109

ACCOUNT RECOVERY SERVICES/ APH WAUWATOSA
3031 N. 114TH ST
MILWAUKEE, WI 53222-2408


ESCALLATE LLC/ EMERGENCY CARE HEALTH ORG
5200 STONEHAM RD
NORTH CANTON, OH 44720

LAKE COUNTY BUSINESS BUREA/NORTHWEST EMERGENCY ASS.
541 OTIS BOWEN DR
DBA TRUSTMARKRECOVERY SRV
MUNSTER, IN 463214158

OMNI CREDIT SERVICES INC/WE ENERGIES
333 BISHOPS WAY 100
BROOKFIELD, WI 53005

WISCONSIN DEPT OF REVENUE
2135 RIMROCK RD
MADISON, WI 53708-8901

OLYMPIA FIELDS POLICE DEP. C/O PHOTO ENFORCEMENT PROGRAM
PO BOX 42034
PHOENIX AZ 85080

FIFTH THIRD BANK
PO BOX 630900
CICINNATI OH 45263-0900

RJM ACQUISITION LLC/ PROACTIVE SOLUTIONS
575 UNDERHILL BLVD STE 224
SYOSSET, NY 11791-4437

AFFIRMATIVE INSURANCE SERVICES
PO BOX 9030
ADDISON, TX 75001-9030

CHASE BANK
OH1-1188
340 S. CLEVELAND AVE BLDG 370
WESTERVILLE, OH 43081

AARON'S
1015 COBB PLACE BOULEVARD
KENNESAW, GA 30156

MONTEREY FINANCIAL SERVICES, INC.
4095 AVENIA DE LA PLATA
OCEANSIDE, CA 92056

C.B USA INC/ ORAL SURGERY CENTER CHICAGO HTS
MUENICH COURT AND HOLMAN AVENUE
PO BOX 663
HAMMOND, IN 46325-0663

BANK OF AMERICA MISSOURI
100 NORTH BROADWAY
ST. LOUIS, MO 63102

JP MORGAN CHASE
370 S. CLEVELAND AVE
WESTERVILLE, OH 43081-0273
FIFTH THIRD BANK
38 FOUNTAIN SQUARE PLAZA
CINN, OH 45263

US BANCORP
1 MERIDAN CROSSING
RICHFIELS, MN 55423-3963

TC LOAN SERVICE LLC
4150 INTERNATIONAL PLAZA
FORT WOTH, TEXAS 76107

SAGE TELECOM
POBOX 79051
PHOENIX, AZ 85062-9051

MIDWEST TITLE LOANS
12047 S. WESTERN AVE
BLUE ISLAND, IL 60406

BOULDER CREDIT SERVICES/GUARANTY/BESTBANK
DEPT #21377
PO BOX 1259
OAK, PA 19456

ILLINOIS TITLE LOANS
1645 Western Ave
Chicago Heights, IL 60411

```
FIRST CHOICE LOANS
407 W 14th St,
Chicago Heights, IL 60411


PLS LOAN STORE
628 W 14th St,
Chicago Heights, IL 60411
```

```
ACL Properties LLC
350 W Green Tree Rd,
Glendale, WI  53216

FRIEDMAN LAWRENCE/FORD MOTOR CREDIT
19 S LASALLE 10TH FL
CHICAGO IL 60603

Premier Auto Exchange
135 North Halsted Street
Chicago Heights Il, 60411
```